# Exhibit 10



# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date** 22nd January 2013

**Invoice Number** 00014

**To** Sterling Alpha LLC 401(k) Profit Sharing Plan
John Doscas

**Address** 11 Sterling Lane,
Sands Point, NY 11050,
United States of America

**Description**

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| | |
| **Total amount due in January 2013** | **€ 203,872.00** |

Contact Raj Shah
Contact Telephone 00971 (0) 4 376 4200
Contact Email Ganymede@ganymedecayman.com

**Amount due on invoice date.**

**Payment details:**
**Bank details:**

JPMORGAN CHASE BANK FRANKFURT CHASDEFX
JPMORGAN CHASE BANK CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # [redacted]3630
IBAN GB08CHAS60924241243630